# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 54

Kurt and Jackie Pozorski,                    Plaintiffs and Appellants

v.

Trucks, Trailers & More, Inc.

and Cody Fleck,                               Defendants and Appellees

## No. 20220267

Appeal from the District Court of Morton County, South Central Judicial District, the Honorable Douglas A. Bahr, Judge.

AFFIRMED.

Per Curiam.

Garrett D. Ludwig, Mandan, ND, for defendants and appellees.

Christopher A. Wills, St Cloud, MN, for plaintiffs and appellants.

# Pozorski, et al. v. Trucks, Trailers & More, et al.
## No. 20220267

**Per Curiam.**

[¶1]   Kurt and Jackie Pozorski ("the Pozorskis") appeal from a district court judgment dismissing their claims against Trucks, Trailers & More, Inc. and Cody Fleck (collectively "TTM"). On appeal, the Pozorskis argue the district court abused its discretion by issuing sanctions for spoliation of evidence. The Pozorskis also argue the court erred by finding they failed to provide sufficient notice of repair of a truck they purchased from TTM. Finally, they argue the court erred by finding TTM established prejudice.

[¶2]   A court's decision to exercise its inherent power to sanction when relevant evidence is destroyed or spoiled will only be reversed on appeal if the court abused its discretion. *Fines v. Ressler Enters., Inc.*, 2012 ND 175, ¶ 7, 820 N.W.2d 688. Whether a party had notice is a finding of fact subject to the clearly erroneous standard of review. *Desert Partners IV, L.P. v. Benson*, 2019 ND 19, ¶ 14, 921 N.W.2d 444. Findings of prejudice are reviewed under the clearly erroneous standard of review. *Hunter v. State*, 2020 ND 224, ¶ 16, 949 N.W.2d 841. We conclude the district court's findings are not clearly erroneous and it did not abuse its discretion. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]   Jon J. Jensen, C.J.
Lisa Fair McEvers
Jerod E. Tufte
David W. Nelson, S.J.
Stacy J. Louser, D.J.

[¶4]   The Honorable David W. Nelson, S.J., and the Honorable Stacy J. Louser, D.J., sitting in place of Crothers, J., and Bahr, J., disqualified.

1